1 **SARA M. PELOQUIN**
California State Bar No.  254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Mr. Castaneda-Reynoso

6

7

8                        UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,            )    Case No. 08MJ8196-PCL
                                       )
12              Plaintiff,             )
                                       )
13 v.                                  )
                                       )    **NOTICE OF APPEARANCE**
14 **JOSE PABLO CASTANEDA-REYNOSO,**   )
                                       )
15              Defendant.             )
                                       )
16 _____    )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: March 6, 2008                     /s/  *Sara Peloquin*
                                            **SARA M. PELOQUIN**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Castaneda-Reynoso

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7  Dated:  March 6, 2008                              /s/  *Sara Peloquin*
                                                      **SARA M. PELOQUIN**
8                                                     Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
9                                                     San Diego, CA  92101-5030
                                                      (619) 234-8467  (tel)
10                                                    (619) 687-2666  (fax)
                                                      Sara_Peloquin@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ8196-PCL